STEVEN W. MYHRE
Acting United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-00947-PAL |
| Plaintiff, | Stipulation to Continue the Preliminary Hearing (Second Request) |
| vs. | |
| BOBBY THOMPSON and RANDY HUMPHREY, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, counsel for the United States of America, and Nicholas Wooldridge, Esq., counsel for Defendant BOBBY THOMPSON, and Dennis Matthew Lay, Esq., counsel for defendant RANDY HUMPHREY, that the preliminary hearing date in the above-captioned matter, currently scheduled for December 18, 2017, at 4:00 pm, be vacated and continued for sixty (60) days, to a date and time to be set by this Honorable Court.

…

1

This stipulation is entered into for the following reasons:

1. The parties have initiated discussions regarding resolving the case pre-indictment. Additional time is needed for defense counsel to review discovery, including a new video that was recently reproduced due to technical issues with the prior disc, and for counsel to discuss the discovery with their clients.

2. The Defendants also need additional time to discuss a potential pre-indictment resolution with their clients.

3. All parties agree to the continuance.

4. The defendants are currently detained pending trial but do not object to a continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

7. The additional time requested by this stipulation, is allowed, with the defendants' consent under the Federal Rules of Procedure 5.1(d).

…

…

…

…

…

…

…

8. This is the second request for a continuation of the preliminary hearing for all Defendants.

DATED this 15th day of December, 2017.

Respectfully submitted,

| For the Defendants: | For the United States: |
|---|---|
|  | STEVEN W. MYHRE<br>Acting United States Attorney |
| //s//<br>NICHOLAS WOOLRIDGE, ESQ.<br>Counsel for Defendant - Thompson | //s//<br>CRISTINA D. SILVA<br>Assistant United States Attorney |
| //s//<br>DENNIS MATTHEW LAY, ESQ.<br>Counsel for Defendant – Humphrey |  |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-00947-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| BOBBY THOMPSON and RANDY HUMPHREY, | |
| Defendants. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties have initiated discussions regarding resolving the case pre-indictment. Additional time is needed for defense counsel to review discovery, including a new video that was recently reproduced due to technical issues with the prior disc, and for counsel to discuss the discovery with their clients.

2. The Defendants also need additional time to discuss a potential pre-indictment resolution with their clients.

3. All parties agree to the continuance.

4. The defendants are currently detained pending trial but do not object to a continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay,

but to allow for a potential pre-indictment resolution of the case.

7. The additional time requested by this stipulation, is allowed, with the defendants' consent under the Federal Rules of Procedure 5.1(d).

8. This is the second request for a continuation of the preliminary hearing for all defendants.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendants' consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for December 18, 2017, at the hour of 4:00 pm, be vacated and continued to

…

February 16, 2018, at the hour of 4:00 p.m.

DATED this 22nd day of December, 2017.

_____
THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

3