1  DAYLE ELIESON
   United States Attorney
2  CRISTINA D. SILVA
   Assistant United States Attorney
3  Nevada Bar No. 13760
   501 Las Vegas Blvd. South, Suite 1100
4  Las Vegas, Nevada 89101
   PHONE: (702) 388-6336
5  FAX: (702) 388-5087
   cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-00947-PAL |
| Plaintiff, | Stipulation to Continue the Preliminary Hearing (Fourth Request) |
| vs. | |
| BOBBY THOMPSON and RANDY HUMPHREY, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, counsel for the United States of America, and Nicholas Wooldridge, Esq., counsel for Defendant BOBBY THOMPSON, and Dennis Matthew Lay, Esq., counsel for defendant RANDY HUMPHREY, that the preliminary hearing date in the above-captioned matter, currently scheduled for March 19, 2018, at 4:00 p.m., be vacated and continued for forty-five (45) days, to a date and time to be set by this Honorable Court.

. . .

. . .

1

This stipulation is entered into for the following reasons:

1. Defendant Humphrey has entered into a formal plea agreement with the United States. Additional time is needed to file the plea agreement and schedule the change of plea.

2. Defendant Thompson has been presented a written, formal plea agreement. Counsel for Defendant Thompson anticipates resolving the case pre-indictment, however, the Defendant and his counsel need additional time to review the plea agreement and its potential implications.

3. All parties agree to the continuance.

4. The defendants are currently detained pending trial but do not object to a continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay, but to allow for Defendant Humphrey to enter his change of plea, and Defendnat Thompson to potentially resolve the case pre-indictment.

7. The additional time requested by this stipulation, is allowed, with the defendants' consent under the Federal Rules of Procedure 5.1(d).

. . .

. . .

. . .

. . .

. . .

8. This is the fourth request for a continuation of the preliminary hearing for both Defendants.

DATED this 16th day of March, 2018.

Respectfully submitted,

| For the Defendants: | For the United States: |
|---|---|
| | DAYLE ELIESON<br>United States Attorney |
| //s//<br>NICHOLAS WOOLRIDGE, ESQ.<br>Counsel for Defendant - Thompson | //s//<br>CRISTINA D. SILVA<br>Assistant United States Attorney |
| //s//<br>DENNIS MATTHEW LAY, ESQ.<br>Counsel for Defendant – Humphrey | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY THOMPSON and<br>RANDY HUMPHREY,<br><br>Defendants. | 2:17-mj-00947-PAL<br><br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Humphrey has entered into a formal plea agreement with the United States. Additional time is needed to file the plea agreement and schedule the change of plea.

2. Defendant Thompson has been presented a written, formal plea agreement. Counsel for Defendant Thompson anticipates resolving the case pre-indictment, however, the Defendant and his counsel need additional time to review the plea agreement and its potential implications.

3. All parties agree to the continuance.

4. The defendants are currently detained pending trial but do not object to a continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay,

4

but to allow for Defendant Humphrey to enter his change of plea, and Defendnat Thompson to potentially resolve the case pre-indictment.

7. The additional time requested by this stipulation, is allowed, with the defendants' consent under the Federal Rules of Procedure 5.1(d).

8. This is the fourth request for a continuation of the preliminary hearing for both Defendants.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny Defendant Humphrey and opportunity to plea guilty to the pre-indictment plea offer, for Defendant Thompson to potentially resolve the case pre-indictment, and if the case is not resolved pre-indictment, it further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendants' consent, pursuant to Federal Rules of Procedure 5.1(d).

. . .

. . .

. . .

. . .

# ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for March 19, 2018, at the hour of 4:00 p.m., be vacated and continued to May 4, 2018, at the hour of 4:00 p.m.

IT IS FURTHER ORDERED that no further extensions will be allowed.

DATED this 20th day of March, 2018.

THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE