DAYLE ELIESON
United States Attorney
ALEXANDRA MICHAEL
NADIA AHMED
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
nadia.ahmed@usdoj.gov
Alexandra.m.michael@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>BOBBY THOMPSON and<br>RANDY HUMPHREY,<br><br>          Defendants. | 2:17-mj-00947-PAL<br><br>Stipulation to Continue the<br>Preliminary Hearing<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and ALEXANDRA MICHAEL AND NADIA AHMED, Assistant United States Attorneys, counsel for the United States of America, and Nicholas Wooldridge, Esq., counsel for Defendant BOBBY THOMPSON, and Brian Smith, Esq., counsel for defendant RANDY HUMPHREY, that the preliminary hearing date in the above-captioned matter, currently scheduled for June 18, 2018, at 4:00 p.m., be vacated and continued for thirty (30) days, to a date and time to be set by this

1

Honorable Court.

This stipulation is entered into for the following reasons:

1. Defendant Humphrey has entered into a formal plea agreement with the United States. The plea agreement has been signed and has been submitted to the Court so that a change of plea hearing may be set.

2. Defendant Thompson intends to enter into a written, formal plea agreement but his counsel Nicholas Wooldrige, Esq., was out of the District this week and needs additional time to get the plea agreement signed. Defendant Thompson has signed a waiver of indictment in anticipation of executing the formal plea agreement.

3. All parties agree to the continuance.

4. The defendants are currently detained pending trial but do not object to a continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay, but to allow for both Defendant Humphrey and Defendnat Thompson to enter their pleas consistent with their respective signed plea agreements.

7. The additional time requested by this stipulation, is allowed, with the defendants' consent under the Federal Rules of Procedure 5.1(d).

8. The Court previously indicated that no further extensions would be allowed. ECF No. 35. However, the parties hereby request that the Court allow one additional extension for procedural purposes so that the change of plea hearings may take place thereby resolving the case pre-indictment and obviating the need for a

preliminary hearing.

9. This is the sixth request for a continuation of the preliminary hearing for both Defendants.

DATED this ___th day of June, 2018.

Respectfully submitted,

| For the Defendants: | For the United States: |
|---|---|
| | DAYLE ELIESON<br>United States Attorney |
| //s//<br>NICHOLAS WOOLRIDGE, ESQ.<br>Counsel for Defendant - Thompson | //s//<br>ALEXANDRA MICHAEL<br>NADIA AHMED<br>Assistant United States Attorneys |
| //s//<br>BRIAN SMITH, ESQ.<br>Counsel for Defendant – Humphrey | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-00947-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| BOBBY THOMPSON and RANDY HUMPHREY, | |
| Defendants. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Humphrey has entered into a formal plea agreement with the United States. The plea agreement has been signed and has been submitted to the Court so that a change of plea hearing may be set.

2. Defendant Thompson intends to enter into a written, formal plea agreement but his counsel Nicholas Wooldrige, Esq., was out of the District this week and needs additional time to get the plea agreement signed. Defendant Thompson has signed a waiver of indictment in anticipation of executing the formal plea agreement.

3. All parties agree to the continuance.

4. The defendants are currently detained pending trial but do not object to a continuance.

5. Denial of this request for continuance could result in a miscarriage of

justice.

6. The additional time requested herein is not sought for purposes of delay, but to allow for both Defendant Humphrey and Defendnat Thompson to enter their pleas consistent with their respective signed plea agreements.

7. The additional time requested by this stipulation, is allowed, with the defendants' consent under the Federal Rules of Procedure 5.1(d).

8. The Court previously indicated that no further extensions would be allowed. ECF No. 35. However, the parties are requesting the additional extension for procedural purposes so that the change of plea hearings may take place thereby resolving the case pre-indictment and obviating the need for a preliminary hearing.

9. This is the sixth request for a continuation of the preliminary hearing for both Defendants.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny Defendant Humphrey an opportunity to plea guilty to the pre-indictment plea offer, for Defendant Thompson to potentially resolve the case pre-indictment, and if the case is not resolved pre-indictment, it further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

1     The continuance sought herein is allowed, with the defendants' consent, pursuant
2 to Federal Rules of Procedure 5.1(d).

### ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for June 18, 2018, at the hour of 4:00 p.m., be vacated and continued to July 18, 2018, at the hour of 4:00 p.m.

DATED this 18th day of June, 2018.

_____
THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE