DAYLE ELIESON
United States Attorney
ALEXANDRA MICHAEL
NADIA AHMED
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
nadia.ahmed@usdoj.gov
Alexandra.m.michael@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>BOBBY THOMPSON<br><br>     Defendant. | 2:17-mj-00947-PAL<br><br>Stipulation to Continue the Preliminary Hearing<br>(Ninth Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and ALEXANDRA MICHAEL AND NADIA AHMED, Assistant United States Attorneys, counsel for the United States of America, and Monti Levy, Esq., counsel for Defendant BOBBY THOMPSON, that the preliminary hearing date in the above-captioned matter, currently scheduled for September 17, 2018, at 4:00 p.m., be vacated and continued for no less than one week, to a date and time to be set by this Honorable Court.

  This stipulation is entered into for the following reasons:

1

1. Defendant Thompson has entered into a formal plea agreement with the United States. The plea agreement has been signed and has been submitted to the Court.

2. A change of plea hearing commenced on August 10, 2018 but was rescheduled for August 28, 2018 and more recently rescheduled for September 19, 2018 at 9:00am. *See United States v. Thompson,* 2:18-cr-00213-APG-GWF ECF Nos. 51 & 52.

3. All parties agree to the continuance.

4. The defendant is currently detained but does not object to a continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay, but to allow Defendant Thompson to enter his change of plea consistent with his signed plea agreement.

7. The additional time requested by this stipulation, is allowed, with the defendants' consent under the Federal Rules of Procedure 5.1(d).

8. The Court previously indicated that no further extensions would be allowed. ECF No. 47. However, the parties hereby request that the Court permit an additional extension for procedural purposes so that the change of plea hearing may take place thereby resolving the case pre-indictment and obviating the need for a preliminary hearing.

…

…

...

...

...

9. This is the ninth request for a continuation of the preliminary hearing.

DATED this 12th day of September, 2018.

Respectfully submitted,

**For the Defendants:**                                  **For the United States:**

DAYLE ELIESON
United States Attorney

_____//s//_____          _____//s//_____
MONTI LEVY, ESQ.                                 ALEXANDRA MICHAEL
Counsel for Defendant - Thompson     NADIA AHMED
                                                                 Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-00947-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| BOBBY THOMPSON | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Thompson has entered into a formal plea agreement with the United States. The plea agreement has been signed and has been submitted to the Court.

2. A change of plea hearing commenced on August 10, 2018 but was rescheduled for August 28, 2018 and more recently rescheduled for September 19, 2018 at 9:00am. *See United States v. Thompson*, 2:18-cr-00213-APG-GWF ECF Nos. 51 & 52.

3. All parties agree to the continuance.

4. The defendant is currently detained but do not object to a continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay, but to allow Defendant Thompson to enter his change of plea consistent with his signed plea agreement.

7. The additional time requested by this stipulation, is allowed, with the defendants' consent under the Federal Rules of Procedure 5.1(d).

8.      The Court previously indicated that no further extensions would be allowed. ECF No. 47.  However, the parties hereby request that the Court permit an additional extension for procedural purposes so that the change of plea hearing may take place thereby resolving the case pre-indictment and obviating the need for a preliminary hearing.

9.      This is the ninth request for a continuation of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny Defendant Thompson an opportunity to plea guilty to the pre-indictment plea offer, and if the case is not resolved pre-indictment, it further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendants' consent, pursuant to Federal Rules of Procedure 5.1(d).

…

…

…

…

…

...

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for September 17, 2018, at the hour of 4:00 p.m., be vacated and continued to <u>September 24, 2018</u> at the hour of 4:00 pm.

DATED this 13th day of September, 2018.

_____
THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE